Affirmed and Memorandum Opinion filed April 1, 2004









Affirmed and Memorandum Opinion filed April 1, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00956-CR

NO. 14-03-00957-CR

____________

 

LARRY SCORPIO
SINGLETARY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 339th District
Court

Harris County,
Texas

Trial Court Cause Nos.
931,614 & 932,121

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered pleas of guilty to two indictments alleging
offenses of aggravated robbery.  The
trial court found the evidence sufficient to support a finding of guilt in each
cause and ordered a pre-sentence investigation. 
On August 18, 2003, the trial court considered the evidence on
punishment and sentenced appellant to confinement for forty years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of appeal for
both cases.








Appellant=s appointed counsel filed a brief in which he concludes these
appeals are wholly frivolous and without merit. 
Counsel=s brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a
professional evaluation of the record and demonstrating why there are no
arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response in each
case.  See Stafford v. State, 813
S.W.2d 503, 510 (Tex. Crim. App. 1991). 
More than sixty days have passed, and as of this date, no pro se
response has been filed.

We have carefully reviewed the records and counsel=s brief and agree these appeals are
wholly frivolous and without merit. 
Further, we find no reversible error in the records.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgments of the trial court are affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 1, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman. 

Do Not Publish C Tex. R. App. P. 47.2(b).